UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-mc-80133-BLOOM/Reinhart

RICHARD ARROWSMITH,

    Plaintiff,

v.

FAMILY HEALTHCARE SERVICES, INC.,

    Defendant.

_____/

## ORDER

**THIS CAUSE** is before the Court upon Garnishee BankUnited, N.A.'s ("Garnishee") Answer to Writ of Garnishment, ECF No. [13] (the "Motion"), filed on May 15, 2019. Garnishee requests the Court grant its demand for attorneys' fees pursuant to Florida Statute § 77.28. *Id.* ¶ 4. The Court has reviewed the Motion, the record and is otherwise fully advised.

Plaintiff Richard Arrowsmith ("Plaintiff") has obtained a judgment in the United States Bankruptcy Court for the Eastern District of Virginia against Defendant Family Healthcare Services, Inc. ("Defendant") in the principal amount of $10,400.00 plus attorneys' fees and expenses of litigation in the amount of $1,000.00, for a total amount of $11,400.00. *See* ECF No. [1]. Because this judgment remains unsatisfied, Plaintiff has commenced this garnishment action.

On February 20, 2019, the Clerk of Court issued a Writ of Garnishment directing Garnishee to answer whether it is indebted to, or has tangible or intangible personal property of, Defendant in its control. ECF No. [9]. On May 15, 2019, Garnishee filed its Answer to Writ of Garnishment and moved for the $100.00 statutory garnishment fee for the part payment of its attorney's fees, in accordance with Florida Statute § 77.28. ECF No. [13] ¶ 4.

Accordingly it is **ORDERED AND ADJUDGED** as follows:

1. Garnishee's Motion, **ECF No. [13]**, is **GRANTED**.

2. Plaintiff shall make payment of $100.00 to Garnishee at the address 7815 N.W. 148th Street, Miami Lakes, Florida 33016, within thirty (30) days of the date of this Order "for the payment or part payment of [its] attorney's fee which the garnishee expend[ed] or agree[d] to expend in obtaining representation in response to the writ." Fla. Stat. § 77.28.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 5, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record