UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-80133-BLOOM/Reinhart

RICHARD ARROWSMITH,

    Plaintiff,

v.

FAMILY HEALTHCARE SERVICES, INC.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court upon the Motion for Final Judgment of Garnishment, ECF No. [16], filed by Judgment Creditor Richard Arrowsmith, Liquidating Trustee of the HDL Liquidating Trust ("Plaintiff"). The Court's review of the Motion and the docket reveals that a Writ of Garnishment as to Bank United, N.A. ("Garnishee") was issued on February 20, 2019, *see* ECF No. [9]. Plaintiff served copies of the Writ of Garnishment, Plaintiff's Motion for Writ of Garnishment, and Notice to Defendant on April 26, 2019 by first class United States mail. *See* ECF No. [12]. On May 15, 2019, Garnishee filed its Answer to Writ of Garnishment, indicating that Garnishee was indebted to Defendant, Family Healthcare Services, Inc. ("Defendant"), and was setting aside a sum in the amount of $22,800.00. *See* ECF No. [13]. To date, Defendant has not moved to dissolve the writ and the time to do so has expired. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's Motion for Final Judgment of Garnishment, **ECF No. [16]**, is **GRANTED**.

    2.    Pursuant to Fed. R. Civ. P. 58, the Court will separately enter an Order of Final Judgment of Garnishment.

    3.

Case No. 19-cv-80133-BLOOM/Reinhart

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 12, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record